AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Maria Escalante,
      Plaintiff

v.

Center For Human
Development, Inc.,
      Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:04-CV-30174-KPN

TO: (Name and address of defendant)

Center For Human Development, Inc.
932 Birnie Ave.
Springfield, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael O. Shea, Esquire
Law Office of Michael O. Shea
451 Main Street
Wilbraham, MA 01095

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

November 16, 2004
DATE

## RETURN OF SERVICE

DATE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

December 16, 2004

I hereby certify and return that on 12/15/2004 at 12:05 pm I served a true and attested copy of the SUMMONS, COMPLAINT, INTERROGATORIES & REQUEST FOR DOCUMENTS in this action in the following manner: To wit, by delivering in hand to JULIAN SHEA, HUMAN RESOURCES, person in charge at the time of service for CENTER FOR HUMAN DEVELOPMENT, , 332 BERNIE AVE., SPRINGFIELD 01107, MA.Basic Service Fee ($30.00), Interogatories & Req.for Documents ($16.00), Travel ($0.64), Conveyance ($0.30), Mailing ($0.82), Attestation X 1 ($5.00) Total Charges $52.76

Deputy Sheriff DAVID K. TENNEY                    _____
                                                                        Deputy Sheriff

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                          Signature of Server

                                                  _____
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.