UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ESCALANTE,<br><br>                          Plaintiff,<br><br>vs.<br><br>CENTER FOR HUMAN DEVELOPMENT, INCORPORATED,<br><br>                         Defendant. | CASE NO. 04-CV-30174-KPN |

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant, CENTER FOR HUMAN DEVELOPMENT, INCORPORATED, in the above-captioned action.

Respectfully Submitted,

   /s/ Jay M. Presser
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts   01144

Dated:   December 29, 2004   Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Answer* was served upon the attorney of record for each other party via electronic filing on December 29, 2004.

   /s/ Jay M. Presser
Jay M. Presser, Esq.