UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ESCALANTE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CENTER FOR HUMAN DEVELOPMENT, INCORPORATED,<br><br>                    Defendant. | CASE NO. 04-CV-30174-KPN |

**NOTICE OF APPEARANCE**

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant, CENTER FOR HUMAN DEVELOPMENT, INCORPORATED, in the above-captioned action.

```
                              /s/ Amy B. Royal
                              Amy B. Royal, Esq.
                              BBO #647175
                              Counsel for Defendant
                              Skoler, Abbott & Presser, P.C.
                              One Monarch Place, Suite 2000
                              Springfield, Massachusetts   01144
Dated:  December 29, 2004     Tel. (413) 737-4753/Fax: (413) 787-1941
```

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Answer* was served upon the attorney of record for each other party via electronic filing on December 29, 2004.

                               /s/ Amy B. Royal
                              Amy B. Royal, Esq.