UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************************************
                                    *
MARIA ESCALANTE,                    *
                                    *
          Plaintiff,                *
                                    *
v.                                  *    CIVIL ACTION NO. 04-30174-KPN
                                    *
CENTER FOR HUMAN DEVELOPMENT,       *
INCORPORATED,                       *
                                    *
          Defendant.                *
                                    *
*****************************************************
```

## **DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION**

Pursuant to Local Rule 16.1, the Defendant, Center for Human Development, Incorporated, and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully Submitted,

_____
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: February 16, 2005

Center for Human Development, Inc.

_____
Carol Fitzgerald
Human Resources Director

Dated: February 15, 2005