UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIA ESCALANTE, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-30174-KPN |
| | ) | |
| CENTER FOR HUMAN DEVELOPMENT, | ) | |
| Defendant(s) | ) | |

SCHEDULING ORDER
February 22, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Non-expert discovery shall be completed by September 1, 2005.

2. Counsel shall appear for a case management conference on September 6, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge