UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ESCALANTE,<br><br>Plaintiff<br><br>v.<br><br>CENTER FOR HUMAN DEVELOPMENT, INC.,<br><br>Defendant | Civil Action No. 04-30174-KPN |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Plaintiff, Maria Escalante, and her Counsel, certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
MICHAEL O. SHEA, ESQUIRE
Law Office Of Michael O. Shea
451 Main Street
Wilbraham, MA 01095
Telephone: (413) 596-8005
Facsimile: (413) 596-8095
BBO # 555474

Date: February 28, 2005

_____
Maria Escalante

## Certificate Of Service

I, Michael O. Shea, hereby certify that on the 1st day of March, 2005, I served the foregoing document by mailing a copy of the same to Counsel of Record for the parties.

Michael O. Shea