UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ESCALANTE,<br>    Plaintiff<br><br>v.<br><br>CENTER FOR HUMAN<br>DEVELOPMENT, INC.,<br>    Defendant | Civil Action No.: 04-30174-KPN |

### STIPULATION OF EXTENSION OF TIME

  The undersigned hereby stipulate and agree that Plaintiff Maria Escalante's time to respond to discovery served upon them by Defendant, Center for Human Development, is hereby extended up to and including April 12, 2005.

| | |
|---|---|
| The Plaintiff<br>MARIA ESCALANTE<br>By Her Attorney, | The Defendant<br>CENTER FOR HUMAN DEVELOPMENT, INC.<br>By Its Attorneys,<br><br>SKOLER, ABBOTT & PRESSER, P.C. |
| /s/ Michael O. Shea, Esq.<br>Michael O. Shea, (BBO #555474)<br>Law Office Of Michael O. Shea<br>451 Main Street<br>Wilbraham, MA 01095<br>Tel. (413) 596-8005<br>Fax. (413) 596-8095 | /s/ Amy B. Royal, Esq.<br>Amy B. Royal, (BBO #647175)<br>One Monarch Place, Suite 2000<br>Springfield, MA 01144<br>Tel. (413) 737-4753<br>Fax. (413) 787-1941 |

### CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of March, 2005, I caused the foregoing document to be served by mailing a copy of the same via first class, postage prepaid to Amy B. Royal, Esq., Skoler, Abbot & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144.

                   /s/ Michael O. Shea