UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIA ESCALANTE,

                    Plaintiff,

vs.                                              CASE NO. 04-CV-30174-KPN

CENTER FOR HUMAN
DEVELOPMENT, INCORPORATED,

                    Defendant.

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Kimberly A. Klimczuk,

Esq., and herewith notices its appearance as counsel for Defendant, CENTER

FOR HUMAN DEVELOPMENT, INCORPORATED, in the above-captioned

action.

Respectfully Submitted,

  /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.
BBO #660973
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:  May 3, 2005          Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party via electronic filing on May 3, 2005.

  /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.

-2-