# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>     MARIA ESCALANTE          </u>
                    Plaintiff

                V.                                        CIVIL ACTION

                                                          NO.  <u>04-30174-KPN</u>

<u>CENTER FOR HUMAN DEVELOPMENT, INC.   </u>
                    Defendant

## SETTLEMENT ORDER OF DISMISSAL

 NEIMAN,    D. J.

    The Court having been advised on <u>   June 8, 2005                  </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                    By the Court,

 <u>6/9/05      </u>                          /s/John C. Stuckenbruck
      Date                                Deputy Clerk

(Dismissal Settlement.wpd - 12/98)