# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

***************************************************

| | |
|---|---|
| MARIA ESCALANTE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 04-30174-KPN |
| CENTER FOR HUMAN DEVELOPMENT, INCORPORATED, | |
| Defendant. | |

***************************************************

## STIPULATION OF DISMISSAL

NOW COME THE PARTIES, by and through counsel, Michael O. Shea, Esq. and Amy B. Royal, Esq., and pursuant to Fed. R. Civ. P. 41, file this Stipulation of Dismissal with Prejudice, and without costs to either party.

The Plaintiff
By Her Attorney,

_____
Michael O. Shea, Esq.
BBO No. 555474
Law Office of Michael O. Shea
451 Main Street
Wilbraham, Massachusetts 01095
Tel.: (413) 596-8005/Fax: (413) 596-8095

Dated: July 14, 2005

The Defendant
By Its Attorney,

_____
Amy B. Royal, Esq.
BBO No. 647175
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: July 19, 2005